# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

 At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of July, two thousand and fifteen.

Before:  Ralph K. Winter,
     *Circuit Judge.*

_____

Stahl York Avenue Co., LLC,

 Plaintiff-Appellant,

 v.

The City of New York, New York City Landmarks Preservation Commission,

 Defendants-Appellees.

_____

**ORDER**
Docket No. 15-2000

 Appellant moves for an extension until September 11, 2015 to file the principal brief and appendix.

 IT IS HEREBY ORDERED that the motion is GRANTED.  However, the appeal is dismissed effective September 11, 2015 unless a brief is filed by that date.  A motion for reconsideration or other relief will not stay the effectiveness of this order.  See <u>RLI Ins. Co. v. JDJ Marine, Inc.</u>, 716 F.3d 41, 43-45 (2d Cir. 2013).  Appellees' opposition brief is due October 16, 2015.

     For the Court:

     Catherine O'Hagan Wolfe,
     Clerk of Court

